

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | September 29, 2021 |
| <u>United States v. Tamika Cross, Ronnie Cross, and Davida Anderson</u> ; 8:21CR253 | |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District of Nebraska | John E. Higgins<br>AUSA |

Be advised that the above named Defendants are now in custody.  You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

**Restricted**