IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR253 |
| v. | |
| TAMIKA R. CROSS, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Tamika R. Cross' ("Cross") Motion to Extend Self-Surrender Date (Filing No. 264). The government does not object to the extension. After considering the matter, the Court will grant the motion.

IT IS ORDERED that Cross' motion is granted, and her self-surrender date is extended to **Monday, January 29, 2024**. Cross shall surrender for service of sentence at the institution designed by the Bureau of Prisons.

The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 9th day of November, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge